

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2014

No. 04-14-00443-CR

**IN RE** Darrell Eugene **BATES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Luz Elena D. Chapa, Justice

On June 20, 2014, relator filed a pro se petition for writ of mandamus. This court has determined that we do not have jurisdiction to consider this petition. The petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on June 30th, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 2010CR12259 and 2011CR1251W, styled *The State of Texas v. Darrell Eugene Bates*, in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melisa Skinner presiding.